HERBERT CLARK GILSON, APPELLANT, v. PENNSYLVANIA RAILROAD COMPANY, RESPONDENT.

Submitted March 19, 1915—Decided June 14, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 446.

For the appellant, *Herbert Clark Gilson.*

For the respondent, *Vredenburgh, Wall & Carey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ. 12.

*For reversal*—None.